JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGY SALIB, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF RIVERSIDE, a municipal entity, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. EDCV 13-1682 MWF (OPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

　　Good cause appearing therefor

　　**IT IS ORDERED** that the entire action is dismissed with prejudice, with the parties to bear their own costs and attorney fees.

Dated: May 15, 2015

_____
Hon. Michael W. Fitzgerald
United States District Judge